JS - 6
Filed 8/1/16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, <br><br> Plaintiff, <br><br> vs. <br><br> OP PROPERTY MANAGEMENT, L.P., et al. <br> Defendant. | CASE NO. CV 16-2907 GHK (AGRx) <br><br> **ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **30 days**, to reopen the action if settlement is not consummated.

Dated: August 1, 2016

GEORGE H. KING
United States District Judge